# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

**UNITED STATES OF AMERICA**

V.

Jorge MAGANA

**WARRANT FOR ARREST**

CASE NUMBER: 2:14-MJ-71 DAD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jorge MAGANA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
Conspiracy to distribute methamphetamine and distribution of at least 50 grams of a mixture or substance containing methamphetamine, in violation of in violation of 21 U.S.C. §§ 846 & 841(a)(1), on January 31, 2014, February 11, 2014, February 20, 2014, and March 14, 2014.

Dale A. Drozd
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

March 17, 2014, in Sacramento, California
Date and Location

FILED MAR 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | 3-25-'14 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 3-25-'14 | Thomas Keen / Special Agent | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jorge MAGANA

ALIAS: Click here to enter text.

LAST KNOWN RESIDENCE: 4660 Ijams Street, Stockton, CA, 95207

LAST KNOWN EMPLOYMENT: Click here to enter text.

PLACE OF BIRTH: Click here to enter text.

DATE OF BIRTH: 12/23/1970

SOCIAL SECURITY NUMBER: Click here to enter text.

HEIGHT: Click here to enter text.          WEIGHT: Click here to enter text.

SEX: Click here to enter text.          RACE: Click here to enter text.

HAIR: Click here to enter text.          EYES: Click here to enter text.

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Click here to enter text.

FBI NUMBER: Click here to enter text.

COMPLETE DESCRIPTION OF AUTO: Click here to enter text.

INVESTIGATIVE AGENCY AND ADDRESS: Click here to enter text.